**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-PO-00105-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  COREY RICHARDS,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

   This matter was previously set for detention and preliminary hearing on May 2, 2012 at 9:00 a.m., however, due to the Marshal's Service schedule, and after conferring with counsel and the probation officer;

   **IT IS HEREBY ORDERED** that this matter is re-scheduled to May 1, 2012 at 3:30 p.m. for the detention and preliminary hearings.

**DATED: April 30, 2012.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**