**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 11-PO-00105-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. COREY RICHARDS,**

**Defendant.**

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Government has moved to withdraw the Petition on Violation of Probation in the above-referenced matter and continue the Defendant on probation, therefore:

**IT IS HEREBY ORDERED** that the Defendant be released from custody of the U. S. Marshal on May 18, 2012 at 9:00 a.m. to be transported by Tommy Montoya to Peaceful Spirit in Ignacio, Colorado.

**DATED: May 17, 2012.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**